UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | Government's Witness List |
|---|---|
| v. | |
| JAIME SERRANO. | Case No. 22-CR-20389-ALTMAN |
| DEFENDANT | |

| Presiding Judge:<br>Honorable Judge Roy K. Altman | AUSAs:<br>Abbie D. Waxman<br>Michael Gilfarb<br>Katherine Guthrie | Defendant's Attorney:<br>Jeremy McLymont<br>Cherly Lucien<br>Yeslly Herrera |
|---|---|---|
| Trial Date:<br>August 14, 2023 | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |

| USA No. | Def. No. | Date(s) Testified | Witness |
|---|---|---|---|
| 1 | | | Alex Vega |
| 2 | | | Ryan Dreibelbis (FBI) |
| 3 | | | Sam Band (FBI) |
| 4 | | | Aymara Vega |
| 5 | | | Yvonne Garcia |
| 6 | | | Feroz Bhamani |
| 7 | | | Dr. Bernard Ashby |
| 8 | | | Andrea Gonzalez |
| 9 | | | Omar Martinez |
| 10 | | | Corina Guerrero |
| 11 | | | Pierre Leon St. Remy |
| 12 | | | Duane Sheard |
| 13 | | | Julio Betancourt (MDPD) |
| 14 | | | Jaime Bethel (MDPD) |
| 15 | | | Tyler Brown (MDPD) |
| 16 | | | David Hardin (GCSO) |
| 17 | | | Timothy "Judah" Pent (FBI) |
| 18 | | | Marcos Jimenez |
| 19 | | | Alexandra Owens |
| 20 | | | Esther Rodriguez |
| 21 | | | Alex Rodriguez |
| 22 | | | Raven Sauri |
| 23 | | | Det Larry Hendricks (MDPD) |
| 24 | | | Arturo Ortega (FBI) |
| 25 | | | Alex Gordon (FBI) |

| | | | | |
|---|---|---|---|---|
| 26 | | | | Randy Carbonell |
| 27 | | | | Jessica Cedeno |
| 28 | | | | Tai Alberga |
| 29 | | | | Oscar Ali |
| 30 | | | | Jorge Gomez |
| 31 | | | | Dr. Naaman Abdullah |
| 32 | | | | Det. Julius Matus (MDPD) |
| 33 | | | | Ofcr. Joseph Craig (APD) |
| 34 | | | | Alex Vega Jr. |
| 35 | | | | Tyrone Virulet |
| 36 | | | | Charmane Wong |
| 37 | | | | Alex Muniz |
| 38 | | | | Facundo Torino (DPD) |
| 39 | | | | Y. Plasencia Cueto (MDPD) |
| 40 | | | | Cierra Brown |
| 41 | | | | Candace Ballard |
| 42 | | | | Tashaun Newman |
| 43 | | | | Enoc Carbonell |

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:     s/ Michael E Gilfarb
        Michael E. Gilfarb
        Assistant United States Attorney
        Fla. Bar. NO. 957836
        99 N.E. 4th Street
        Miami, FL 33132-2111
        Telephone: (305) 961-9015
        Email: Michael.Gilfarb@usdoj