UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20389-CR-ALTMAN

UNITED STATES OF AMERICA

v.

JAIME SERRANO,

    Defendant.
_____/

## VERDICT FORM

We, the Jury in the above-captioned case, unanimously find:

As to **Count 1** of the indictment, which charges JAIME SERRANO with interstate stalking, we, the Jury, find the Defendant, JAIME SERRANO:

GUILTY ✓      NOT GUILTY ____

**[If you find the Defendant GUILTY of Count 1, please answer the following two "Yes or No" questions. If you find the Defendant NOT GUILTY of Count 1, you need not answer the next two questions and can proceed directly to consideration of Counts 2 and 3.]**

We, the Jury, having found the Defendant guilty of the offense as charged in Count 1 of the indictment, further find that, as to Count 1, that the conduct of the Defendant, JAIME SERRANO, resulted in serious bodily injury to A.V.

YES ✓      NO ____

We, the Jury, having found the Defendant guilty of the offense as charged in Count 1 of the indictment, further find that, as to Count 1, that the Defendant, JAIME SERRANO, used a dangerous weapon during the offense.

(DM) YES ~~[scribbled out]~~      NO ✓

As to **Count 2** of the indictment, which charges the Defendant, JAIME SERRANO, with conspiracy to use and carry a firearm during, and in furtherance of, a crime of violence, we, the Jury, find the Defendant:

GUILTY ✓    NOT GUILTY ___

As to **Count 3** of the indictment, which charges the Defendant, JAIME SERRANO, with carrying a firearm during and in relation to a crime of violence, or possessing a firearm in furtherance of a crime of violence, we, the Jury, find the Defendant:

GUILTY ✓    NOT GUILTY ___

**[If you find the Defendant GUILTY of Count 3, please answer the following "Yes or No" question. If you find the Defendant NOT GUILTY of Count 3, you need not answer the next question.]**

We, the Jury, having found the Defendant guilty of the offense as charged in Count 3 of the indictment, further find that, as to Count 3, the Defendant, JAIME SERRANO, discharged a firearm during and in relation to a crime of violence.

YES ___    NO ✓

**SO SAY WE ALL.**

*[signature]*

**FOREPERSON OF THE JURY**

Dated: 8-24-23