UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20389-CR-ALTMAN

UNITED STATES OF AMERICA,

vs.

JAIME SERRANO

       *Defendant.*
_____/

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges that exhibits admitted into evidence during this trial and submitted to the jury during deliberations are hereby released back to counsel of record for the respective parties.

_____    _____
Government/Plaintiff's Counsel    Defendant's Counsel

                                                    _____
                                                  COURTROOM DEPUTY

Date: 8/24/23

cc: Counsel of Record