# AMENDED EXHIBIT LIST

| UNITED STATES v. JAIME SERRANO | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| **GOVERNMENT COUNSEL:** ABBIE WAXMAN<br>MICHAEL GILFARB<br>KATHERINE GUTHRIE | **CASE NUMBER:** 22-CR-20389-RKA<br>**JUDGE:** HON. ROY K. ALTMAN |
| **DEFENSE COUNSEL:** JEREMY McLYMONT<br>CHERLY LUCIEN<br>YESLLY HERRERA | |
| | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1<br><br>1a | Video/ Stills: | Residential (1 Vega) 10620 SW 118 Ave, Miami<br>Shortened clip | | | 8/16/2023 |
| 2<br><br>2a<br>2b<br>2c | Video/ Stills: | Residential (2 Vega) 10620 SW 118 Ave, Miami<br>Shortened clip<br>Photo still of shooter in mask<br>Photo still of shooter in gloves | | | 8/16/2023 |
| 3<br><br>3a<br>3b<br>3c | Video/ Stills: | Residential 1 (flight path) (Ring) 11756 SW 106 Terrace<br>Shortened clip 1<br>Shortened clip 2<br>Location and directional map | | | 8/16/2023 |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 4<br>4a<br>4b<br>4c | Video/ Stills: | Residential 2 (flight path) 11756 SW 106 Terrance<br>Shortened clip 1<br>Shortened clip 2<br>Location and directional map | | | 8/16/2023 |
| 5<br>5a<br>5b<br>5c<br>5d<br>5e | Video/ Stills: | Residential (park) 11731 SW 108 Lane, Miami<br>Shortened clip 1<br>Shortened clip 2<br>Shortened clip 3<br>Shortened clip 4<br>Location and directional map | | | 8/16/2023 |
| 6<br>6a | Video/ Stills: | Residential 1 11702 SW 106 Terr., Miami<br>Location and directional map | | | 8/16/2023 |
| 7<br>7A | Video/ Stills: | Residential 2 11702 SW 106 Terr., Miami<br>Location and directional map | | | 8/16/2023 |
| 8<br>8a<br>8b<br>8c | Video/ Stills: | Commercial / Plaza corner/ 117th Ave., Miami<br>Business Record Certification (sp)<br>Business Record Certification (trans.)<br>Location and directional map | | | 8/16/2023 |
| 9 | Stills: | Sunpass Certification and Images | | | 8/16/2023 |
| 10a<br>10b<br>10c<br>10d<br>10e<br>10f<br>10g<br>10h | Videos/ Stills: | Enterprise Rental Video (versa)<br>Photo still of Nissan Versa<br>Enterprise Rental Video (rogue)<br>Photo still of Nissan Rogue<br>Photo still of Nissan Rogue 2<br>Enterprise Counter Video<br>Photo still of Enterprise counter<br>Photo still garage 1 | | | 8/16/2023 |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 10i<br>10j | | Photo still garage 2<br>Photo still garage 3 | | | 8/16/2023 |
| 11<br>11a-f | Crime Scene: | Shirt<br>Photographs of shirt in vehicle | | | 8/16/2023 |
| 12<br>12a-e | Crime Scene: | Ballistics/ Projectiles (2) / Body of Alex Vega<br>Photographs | | | 8/16/2023 |
| 13<br>13a-g | Crime Scene: | Ballistic/ Casings (5) / Residence<br>Photographs | | | 8/16/2023 |
| 14 | Crime Scene: | Ballistic/ Casing (1)/ Residence | | | 8/16/2023 |
| 15<br>15a-h | Crime Scene: | Ballistic/ Projectiles (2) / Vehicle<br>Photographs | | | 8/16/2023 |
| 16<br><br>16a | Crime Scene: | Ballistic/ Projectile and Fragments (Driver's Seat), Projectile (shoe box trunk)<br>Photograph | | | 8/16/2023 |
| 17<br>17a-g | Crime Scene: | Mask<br>Photographs from scene | | | 8/16/2023 |
| 18<br>18a-e | Crime Scene: | Gloves<br>Photographs from scene | | | 8/16/2023 |
| 19<br>19a<br>19b-m | Crime Scene: | Ballistics/ Firearm, Magazine, Test Fires<br>Unfired cartridges<br>Photographs | | | 8/16/2023 |
| 20<br>20a | Crime Scene: | Aerial Image<br>Aerial Image with Evidence Locations | | | 8/16/2023 |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 21<br>21a | DNA Swab | Jimenez<br>Photograph | | | 8/16/2023 |
| 22 | DNA Swab | Serrano | | | 8/16/2023 |
| 23 | DNA Swab | Firearm and Magazine | | | 8/16/2023 |
| 24<br>24a-u | Records: | GreenDot Business Record Certification (Jimenez and Serrano)<br>Records | | | 8/16/2023 |
| 25<br>25a-c | Records: | Block/ Cash App for<br>Jaime Serrano Business Record Certification<br>Records | | | 8/16/2023 |
| 26<br>26a | Records: | Block/ Cash App for<br>Alexandra Owens Business Record Certification<br>Records | | | 8/16/2023 |
| 27<br>27a-b | Records: | Block/ Cash App for<br>Tamrat Mason Business Record Certification<br>Records | | | 8/16/2023 |
| 28a<br>28b-c | Records: | Miami-Dade Expressway Authority (MDX)<br>Records (EVHK99 and 998YFF)<br>Records (LLEB96) | | | 8/16/2023 |
| 29<br>29a<br>29b | Records: | Florida Department of Transportation Business Record Certification for IG28PE<br>FDOT Records – IG28PE<br>FDOT Business Record Certification and Records for SR821 and Bird Road Main NB and  SR821 SW 120th Street | | | 8/16/2023 |
| 30 | Records: | American Airlines (Jimenez) Business Record Certification | | | 8/16/2023 |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 30a-b | | Flight Records and Manifest | | | 8/16/2023 |
| 31<br><br>31a | Records: | American Airlines (Serrano) Business Record Certification<br>Flight Records | | | 8/16/2023 |
| 32a<br>32b<br>32c<br>32d<br><br>32e | Records: | Enterprise Rental Records (Internal)<br>Enterprise Rental Summary<br>Enterprise Itemized Receipt of Toll Hits<br>Enterprise Rental Records (Internal and License Plate Information)<br>Enterprise Nissan Versa Maintenance | | | 8/17/2023 |
| 33<br>33a<br>33b-c | Records: | Wyndham Days Inn Business Record Certification<br>Jaime Serrano Folio<br>Pool Photographs | | | 8/17/2023 |
| 34 | Records: | Serrano Car Purchase Sept. 1, 2019 | | | 8/18/2023 |
| 35 | Records: | Lyft | | | 8/16/2023 |
| 36<br><br>36a<br>36b | Records: | Business Record Certification for Telephone/ Call Detail and Location Data/Jaime Serrano<br>Call Detail Records<br>Subscriber Information | | | 8/16/2023 |
| 37 | Records: | Auto Tag Agency | | | 8/16/2023 |
| 38<br>a1-16<br>b1-3<br>c-q | Records: | Instagram/ Jaime Serrano<br>Photo posing series<br>Driveway with cars<br>various | | | 8/16/2023 |
| 39<br>a-i | Records: | iCloud Account/ Jaime Serrano | | | 8/16/2023 |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 40 | Records: | Business Record Certification for Telephone/ Call / Detail and Location Data Julian Jimenez | | | 8/16/2023 |
| 40a | | Call Detail Records | | | |
| 40b | | Subscriber Information | | | |
| 40c | | LTE Records | | | |
| 41 | Records: | Business Record Certification Telephone/ Call Detail and Location Data/ Randy Carbonnel | | | 8/16/2023 |
| 41a | | Call Detail Records | | | |
| 41b | | LTE Records | | | |
| 41c | | Subscriber Information | | | |
| 42 | Records: | Business Record Certification Telephone/ Subscriber Information/ ending in 3727 Tamrat Mason (Shifta) | | | 8/16/2023 |
| 42a | | Subscriber Information | | | |
| 43 a-h | Records: | Instagram/ Julian Jimenez | | | 8/16/2023 |
| 44 | Records: | Bank/ TD Bank ending in 2759 Tamrat Mason | | | 8/16/2023 |
| 45 | Records: | Bank/ TD Bank ending in 8119 Jaime Serrano | | | 8/16/2023 |
| 46a | Records: | Business Record Certification Bank/ TD Bank Alexandra Owens and Account Information | | | 8/16/2023 |
| 46b | | Account Statements 2018-2022 | | | |
| 46c | | Account Statements 1/2019-2022 | | | |
| 47a | Records: | Business Record Certification Bank/ Chime Jaime Serrano | | | 8/16/2023 |
| 47b | | Records | | | |

| EX. | DESCRIPTION OF EXHIBIT | | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|---|
| 48a<br>48b | Records: | Business Record Certification Bank/ Sutton Records | | | 8/16/2023 |
| 49 | Records: | Wendy's | | | 8/16/2023 |
| 50 | Records: | Pollo Tropical | | | 8/16/2023 |
| 51 | Records: | Delta Airlines | | | 8/16/2023 |
| 52 | Records: | Budget/ Avis Absence of a Business Record Certification | | | 8/16/2023 |
| 53 | Records: | Fox Rental | | | 8/16/2023 |
| 54<br>a1-2<br>b1-3<br>c1-2<br>d1-6 | Photograph(s): | From Amy Vega's phone<br>   Screenshots: Jimenez, Serrano, and M. Jimenez<br>   Screenshots: Serrano and Alexandra Owens<br>   Screenshots: Mondrian Hotel South Beach<br>   Screenshots: M. Jimenez (jacket) Serrano | | | 8/17/2023 |
| 55a<br>55b | Photograph(s): | Jessica Cedeno's Photos<br>   Photo: Photo of Brickell City Centre on Phone<br>   Photo: Serrano in New York Shirt | | | 8/18/2023 |
| 56a<br>56b-f<br>56g-p<br>56q, v | Photograph(s): | Jaime Serrano Phone Contact<br>   Elevator photos<br>   Apartment photos<br>   Photos with location data | | | 8/17/23 (56k)<br>8/21/23 |
| 57 | C.A.S.T. Analysis | | | | 8/18/23 |
| 58<br>58a | Recorded Statement: | Jaime Serrano Telephone Recording<br>   Transcript | | | 8/17/2023 |
| 59<br>59a | Recorded Statement: | Jaime Serrano (June 2022)<br>   Transcript | | | 8/22/2023 |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 61<br>61a | Recorded Statement: Julian Jimenez (June 2022)<br>Transcript | | | 8/22/2023 |
| 63 | Phone Hard-drive Records/ Jimenez | | | 8/16/2023 |
| 64 | Phone Hard-drive Records/ Serrano | | | 8/16/2023 |
| 65 | Summary Exhibit: Timeline | | | 8/16/2023 |
| 66 | Summary Exhibit: Location with photos | | | 8/21/2023 |
| 67<br>67a | Photograph: Lightened Image<br>Recording re lightened image | | | 8/21/2023 |
| 68 | Summary Exhibit: Comparison | | | 8/21/2023 |
| 74a-j | Photograph(s): Evidence Swabs | | | 8/16/2023 |
| 75a-i | Photograph(s): Alex Vega Injuries 2023 | | | 8/16/2023 |
| 76a<br>76b<br>76c<br>76d<br>76e<br>76f<br>76g | Records: Blackstar Studio<br>Trap House Studio<br>E-Magine Studio<br>Quality Music Group<br>Xtrings Studio<br>Arc Sound Studio<br>Sauce Lab | | | 8/21/2023 |
| 78 | Photograph(s): Rasheed Ali ("Fresh") | | | 8/17/2023 |
| 79 | Photograph(s): Tamrat Shifta Mason | | | 8/17/2023 |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 80 | Photograph(s): Jaime Serrano | | | 8/17/2023 |
| 85 | Composite Exhibit: Photographs Shown to Julian Jimenez During June 2022 Interview | | | 8/22/2023 |
| 87 | Stipulations | | | 8/22/23 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                      */s/ Abbie D. Waxman*  
                                                      Abbie D. Waxman  
                                                      Assistant United States Attorney